WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Householder Group, LLLP, an Arizona Limited Liability Limited Partnership,<br><br>  Plaintiff,<br><br>v.<br><br>Charles Van Mason, an individual; and Jeff Boer, an individual;<br><br>  Defendants. | No. CV 09-2370-PHX-MHM<br>No. CV 10-0918-PHX-MHM<br>   (Consolidated)<br><br>**ORDER** |

Defendants Mason and DeBoer have moved to consolidate this action with <u>Burkath v. The Householder Group</u>, CV 10-918-PHX-MHM. (Dkt.#33) Householder Group filed a notice that it does not oppose this motion. (Dkt.#35) Burkath did not respond to the motion within the deadline. No substantive matters have been considered in either case at this time, and it appears that there will be substantial overlap in the factual and legal questions at issue. Because it appears that there will be common questions of law and fact, and given that there is no objection to the motion to consolidate, IT IS HEREBY ORDERED that these cases be consolidated in order to promote consistency and judicial economy.

/ / /

All future filings shall note the consolidation in the caption and be filed solely under the lower case number CV 09-2370-PHX-MHM.

DATED this 20th day of May, 2010.

_____
Mary H. Murguia
United States District Judge